(110 So. 918)

J. G. BROWN et al. v. STATE. (6 Div. 127.) (Court of Appeals of Alabama. Dec.

7, 1926.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.

BRICKEN, P. J. Appeal dismissed.